Myrtle E. MITTS, Appellant, v. JEFFERSON TRANSPORTATION COMPANY, a Corporation.

No. 12983.

Circuit Court of Appeals, Eighth Circuit.

March 8, 1945.

Hook & Thomas, of Kansas City, Mo., for appellant.

Clyde Taylor, James R. Sullivan, and Arthur R. Wolfe, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution at costs of appellant.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. DUKE MANUFACTURING CO.

No. 13057.

Circuit Court of Appeals, Eighth Circuit.

March 12, 1945.

Alvin J. Rockwell, Gen. Counsel, National Labor Relations Board, and Ruth Weyand, Acting Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Wallace Cooper, of St. Louis, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. KIOWA CORPORATION.

No. 13065.

Circuit Court of Appeals, Eighth Circuit.

March 26, 1945.

Alvin J. Rockwell, Gen. Counsel, National Labor Relations Board, and Malcolm F. Halliday, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

Park TRIMBLE, Appellant, v. UNITED STATES of America.

No. 13005.

Circuit Court of Appeals, Eighth Circuit.

March 12, 1945.

Russell C. Anderson and Herbert W. Fischer, both of Omaha, Neb., for appellant.

Joseph T. Votava, U. S. Atty., of Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant.